NOT FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT


03-1664


**STATE OF LOUISIANA IN THE INTEREST OF B.P. AND E.P.**


* * * * * * *
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, DOCKET NO. JC-2001-0269
HONORABLE HERMAN CLAUSE, PRESIDING

* * * * * * *
**SYLVIA R. COOKS**
**JUDGE**
* * * * * * *


Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks and Oswald A. Decuir, Judges.


**AFFIRMED.**


**Vivian Veron Neumann**
**730 Jefferson Street**
**P.O. Box 2220**
**Lafayette, LA 70502**
**Telephone: (337) 237-1113**
**COUNSEL FOR APPELLANT:**
     **Julie Pelser**

**William T. Babin**
**405 West Convent Street**
**Lafayette, LA 70501**
**Telephone: (337) 232-7747**
**COUNSEL FOR APPELLEE:**
     **Louisiana Department of Social Services**